## AFFIDAVIT OF SERVICE

**HEAVEN SENT LEGAL SERVICES**

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 20-1684 | THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | , PA | 4552322 (976317) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| GINO FRACCHIOLLA | HIRE MY TEAM, LLC, HIRE MY AGENCY, LLC, DIGITAL CANDY, LLC, DIGITAL EQUITY, LLC, ADETUNJI THOMAS-QUARCOO, AND SANTOS GONZALEZ |

| Received by: | For: |
|---|---|
| HEAVEN SENT LEGAL SERVICES | KARPF, KARPF & CERUTTI, P.C. |

| To be served upon: |
|---|
| DIGITAL EQUITY, LLC |

I, DAN STEIN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** FATHER OF A. THOMAS-QUARCOO, HOME: 129 PLUMTREE LN, WILLINGBORO, NJ 08046
**Manner of Service:** Substitute Service - Business, May 27, 2020, 4:00 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION, CIVIL ACTION COMPLAINT, AND EXHIBIT A (Received May 22, 2020 at 1:14pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2020, 4:00 pm EDT at HOME: 129 PLUMTREE LN, WILLINGBORO, NJ 08046 received by FATHER OF A. THOMAS-QUARCOO. Age: 65; Ethnicity: Middle Eastern; Gender: Male; Weight: 200; Height: 6'2"; Hair: Gray; Relationship: Father; Other: Individual wore glasses;

_Dan Stein_  05/27/2020
DAN STEIN                Date

HEAVEN SENT LEGAL SERVICES
421 N 7TH ST SUITE 422
PHILADELPHIA, PA 19123
866-331-4220

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

5/27/20
Date          Commission Expires

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINA GRIEB, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2021