IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINO FRACCHIOLLA,<br>    Plaintiff,<br><br>v.<br><br>HIRE MY TEAM, LLC, ET AL.,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-1684 |

## O R D E R

**AND NOW**, this 3rd day of November, 2021, after consideration of the Joint Motion for Approval of the Settlement Agreement filed by Plaintiff and Defendants Santos Gonzalez and Digital Candy LLC, it is hereby **ORDERED** that the Joint Motion for Approval of the Settlement Agreement, as reflected by the terms of the Joint Stipulation of Settlement and Release of Claims as found in ECF No. 51, is **GRANTED** in its entirety.

The Clerk is **DIRECTED** to **TERMINATE** the case against Defendants Santo Gonzalez and Digital Candy LLC.

The Court will retain jurisdiction for 31 days to hear: (1) motions to vacate, modify, or strike from record, for cause shown, entry of the order of dismissal, E.D. Pa. Civ. R. 41.1(b); *see Sawka v. Healtheast, Inc*., 989 F.2d 138 (3d Cir. 1993); and, (2) motions regarding the interpretation, implementation and enforcement of the Settlement Agreement, as described in paragraph 27.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 380-81 (1994).

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**